IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Jo Vonasek,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., et al.<br><br>　　　　Defendants. | No. CV-16-02030-PHX-SRB<br><br>**ORDER** |

　　The Court, having considered the parties' Stipulation of Dismissal of Trans Union, LLC, and good cause appearing,

　　**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Trans Union, LLC, only, with each party to bear its own attorneys' fees and costs.  The Clerk of the Court shall terminate Defendant TransUnion, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

　　Dated this 18th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　_/s/ Susan R. Bolton_
　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　United States District Judge